```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 20-00337-HWV
Shane Kauffman                                                      Chapter 13
Jennifer Kauffman
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0314-1           User: AutoDocke              Page 1 of 2            Date Rcvd: Mar 09, 2020
                               Form ID: ntcnfhrg            Total Noticed: 20
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2020.
```
db/jdb         +Shane Kauffman,    Jennifer Kauffman,    11396 N Garfield St,    Waynesboro, PA 17268-9659
5296431        +KML Law Group, P.C.,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
5296435        +PNC Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
5296436        +Rui Credit Services In,    1305 Walt Whitman Rd Ste,    Melville, NY 11747-4849
5296438        +Well Span,    501 E Main St,    Waynesboro, PA 17268-2353
5296439        +West Penn Power,    401 Could Curtain Rd,    Monongahela, PA 15063-3515
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 09 2020 19:40:37
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5296425        +E-mail/Text: backoffice@affirm.com Mar 09 2020 19:36:05      Affirm Inc,    Affirm Incorporated,
                 Po Box 720,    San Francisco, CA 94104-0720
5296426        +E-mail/Text: ally@ebn.phinsolutions.com Mar 09 2020 19:33:46      Ally Financial,
                 Attn: Bankruptcy,    PO Box 380901,    Bloomington, MN 55438-0901
5303352         E-mail/PDF: resurgentbknotifications@resurgent.com Mar 09 2020 19:40:38       CACH, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5296427        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 09 2020 19:40:34       Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
5296428        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 09 2020 19:41:10       Capital One Na,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
5296429        +E-mail/Text: bdsupport@creditmanagementcompany.com Mar 09 2020 19:35:49
                 Credit Management Company,    Attn: Bankruptcy,    2121 Noblestown Road,
                 Pittsburgh, PA 15205-3956
5296430        +E-mail/PDF: creditonebknotifications@resurgent.com Mar 09 2020 19:40:36       Credit One Bank,
                 Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
5296432        +E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 09 2020 19:40:31
                 Merrick Bank/CardWorks,    Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
5296433        +E-mail/PDF: cbp@onemainfinancial.com Mar 09 2020 19:40:30      OneMain Financial,
                 Attn: Bankruptcy,    Po Box 3251,    Evansville, IN 47731-3251
5296434        +E-mail/Text: blegal@phfa.org Mar 09 2020 19:35:36      PA Housing Finance Age,
                 2101 N. Front Street,    Harrisburg, PA 17110-1086
5297110        +E-mail/PDF: gecsedi@recoverycorp.com Mar 09 2020 19:40:49      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5296437        +E-mail/PDF: gecsedi@recoverycorp.com Mar 09 2020 19:40:49      Synchrony Bank/Care Credit,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
5308709        +E-mail/Text: bankruptcy@firstenergycorp.com Mar 09 2020 19:35:38      West Penn Power,
                 5001 NASA Blvd,    Fairmont, WI 26554-8248
                                                                                              TOTAL: 14

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Mark A. Buterbaugh    on behalf of Debtor 1 Shane  Kauffman Mooneybkecf@gmail.com,
               buterbaughmr61895@notify.bestcase.com
              Mark A. Buterbaugh    on behalf of Debtor 2 Jennifer  Kauffman Mooneybkecf@gmail.com,
               buterbaughmr61895@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 5

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | |
|---|---|
| Shane Kauffman,<br><br>**Debtor 1**<br><br>Jennifer Kauffman,<br><br>**Debtor 2** | Chapter 13<br><br>Case No. 1:20–bk–00337–HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**April 15, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: April 22, 2020<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: March 9, 2020 |

ntcnfhrg (03/18)