```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania

In re:                                                      Case No. 20-00337-HWV
Shane Kauffman                                              Chapter 13
Jennifer Kauffman
        Debtors                      CERTIFICATE OF NOTICE

District/off: 0314-1        User: AutoDocke        Page 1 of 2          Date Rcvd: Sep 10, 2020
                           Form ID: ntpasnh        Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2020.
db/jdb        +Shane Kauffman,  Jennifer Kauffman,  11396 N Garfield St,  Waynesboro, PA 17268-9659
5296431       +KML Law Group, P.C.,  701 Market Street,  Suite 5000,  Philadelphia, PA 19106-1541
5319186       +PNC Bank, N.A.,  3232 Newmark Drive,  Miamisburg, OH 45342-5421
5296435       +PNC Mortgage,  Attn: Bankruptcy,  3232 Newmark Drive,  Miamisburg, OH 45342-5433
5296436       +Rui Credit Services In,  1305 Walt Whitman Rd Ste,  Melville, NY 11747-4849
5296438       +Well Span,  501 E Main St,  Waynesboro, PA 17268-2353
5313590       +Wellspan Waynesboro Hospital,  501 East Main St.,  Waynesboro, PA 17268-2394
5296439       +West Penn Power,  401 Could Curtain Rd,  Monongahela, PA 15063-3515

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 10 2020 19:36:29
               PRA Receivables Management, LLC,  PO Box 41021,  Norfolk, VA 23541-1021
cr            +E-mail/Text: blegal@phfa.org Sep 10 2020 19:33:17
               Pennsylvania Housing Finance Agency (PHFA),  211 North Front Street,
               Harrisburg, PA 17101-1406
5296425       +E-mail/Text: backoffice@affirm.com Sep 10 2020 19:33:30      Affirm Inc,  Affirm Incorporated,
               Po Box 720,  San Francisco, CA 94104-0720
5319821        E-mail/Text: ally@ebn.phinsolutions.com Sep 10 2020 19:32:58      Ally Bank,  PO Box 130424,
               Roseville MN 55113-0004
5296426       +E-mail/Text: ally@ebn.phinsolutions.com Sep 10 2020 19:32:58      Ally Financial,
               Attn: Bankruptcy,  PO Box 380901,  Bloomington, MN 55438-0901
5303352        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 10 2020 19:36:08      CACH, LLC,
               Resurgent Capital Services,  PO Box 10587,  Greenville, SC 29603-0587
5296427       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 10 2020 19:36:49      Capital One,
               Attn: Bankruptcy,  Po Box 30285,  Salt Lake City, UT 84130-0285
5311031        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 10 2020 19:36:26
               Capital One Bank (USA), N.A.,  by American InfoSource as agent,  PO Box 71083,
               Charlotte, NC  28272-1083
5296428       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 10 2020 19:36:04      Capital One Na,
               Attn: Bankruptcy,  Po Box 30285,  Salt Lake City, UT 84130-0285
5296429       +E-mail/Text: bdsupport@creditmanagementcompany.com Sep 10 2020 19:33:21
               Credit Management Company,  Attn: Bankruptcy,  2121 Noblestown Road,
               Pittsburgh, PA 15205-3956
5296430       +E-mail/PDF: creditonebknotifications@resurgent.com Sep 10 2020 19:36:07      Credit One Bank,
               Attn: Bankruptcy Department,  Po Box 98873,  Las Vegas, NV 89193-8873
5319064        E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 10 2020 19:33:20      Jefferson Capital Systems LLC,
               Po Box 7999,  Saint Cloud Mn 56302-9617
5315586        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 10 2020 19:36:07      LVNV Funding, LLC,
               Resurgent Capital Services,  PO Box 10587,  Greenville, SC 29603-0587
5310508        E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 10 2020 19:36:50      MERRICK BANK,
               Resurgent Capital Services,  PO Box 10368,  Greenville, SC 29603-0368
5296432       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 10 2020 19:36:07
               Merrick Bank/CardWorks,  Attn: Bankruptcy,  Po Box 9201,  Old Bethpage, NY 11804-9001
5296433       +E-mail/PDF: cbp@onemainfinancial.com Sep 10 2020 19:36:05      OneMain Financial,
               Attn: Bankruptcy,  Po Box 3251,  Evansville, IN 47731-3251
5296434       +E-mail/Text: blegal@phfa.org Sep 10 2020 19:33:16      PA Housing Finance Age,
               2101 N. Front Street,  Harrisburg, PA 17110-1086
5345515       +E-mail/Text: blegal@phfa.org Sep 10 2020 19:33:17      Pennsylvania Housing Finance Agency/HEMAP,
               211 North Front Street,  PO Box 15206,  Harrisburg, PA 17105-5206
5297110       +E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2020 19:36:04      Synchrony Bank,
               c/o PRA Receivables Management, LLC,  PO Box 41021,  Norfolk, VA 23541-1021
5296437       +E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2020 19:36:03      Synchrony Bank/Care Credit,
               Attn: Bankruptcy Dept,  Po Box 965060,  Orlando, FL 32896-5060
5308709       +E-mail/Text: bankruptcy@firstenergycorp.com Sep 10 2020 19:33:18      West Penn Power,
               5001 NASA Blvd,  Fairmont, WI 26554-8248
                                                                          TOTAL: 21


        ***** BYPASSED RECIPIENTS *****
NONE.                                                                     TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
                 ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2020 at the address(es) listed below:
           Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
           James  Warmbrodt    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
           John W. Purcell, Jr   on behalf of Creditor   Pennsylvania Housing Finance Agency (PHFA)
            jpurcell@pkh.com
           Mark A. Buterbaugh    on behalf of Debtor 1 Shane  Kauffman Mooneybkecf@gmail.com,
            buterbaughmr61895@notify.bestcase.com
           Mark A. Buterbaugh    on behalf of Debtor 2 Jennifer  Kauffman Mooneybkecf@gmail.com,
            buterbaughmr61895@notify.bestcase.com
           United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                          TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Shane Kauffman

**Debtor 1**

Jennifer Kauffman

**Debtor 2**

Chapter: 13

Case number: 1:20−bk−00337−HWV

Document Number: 28

Matter: Motion to Modify

## **Notice**

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002−1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **October 1, 2020**. If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: September 10, 2020 |

ntpasnh(05/18)