Certificate Number: 16339-PAM-DE-039185828

Bankruptcy Case Number: 20-00337



16339-PAM-DE-039185828

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 26, 2024, at 4:35 o'clock PM EST, Jennifer Kauffman completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: December 26, 2024  By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor

Certificate Number: 16339-PAM-DE-039185827

Bankruptcy Case Number: 20-00337


16339-PAM-DE-039185827

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 26, 2024, at 4:35 o'clock PM EST, Shane Kauffman completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: December 26, 2024

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor