# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Shane Kauffman
     Jennifer Kauffman

Case No.: 1-20-00337 HWV

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | PHFA |
| Court Claim Number: | 14 |
| Last Four of Loan Number: | 1464 |
| Property Address if applicable: | 11396 N Garfield St |

**PART 2: CURE AMOUNT**

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $50.00 |
| b. | Prepetition arrearages paid by the trustee: | $50.00 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $50.00 |

**PART 3: POSTPETITION MORTGAGE PAYMENT**

Mortgage is/was paid directly by the debtor(s).

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: February 24, 2025

                                                  Respectfully submitted,

                                                  /s/ Jack N. Zaharopoulos
                                                  Standing Chapter 13 Trustee
                                                  Suite A, 8125 Adams Drive
                                                  Hummelstown, PA  17036
                                                  Phone:  (717) 566-6097
                                                  Fax:  (717) 566-8313
                                                  email:  info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Shane Kauffman
    Jennifer Kauffman

                              Case No.: 1-20-00337 HWV

                              Chapter 13

**Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on February 24, 2025, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Nicholas G. Platt, Esquire
Mooney Law
230 York St
Hanover PA 17331

**Served by First Class Mail**
PHFA
211 North Front St
Harrisburg PA 17101

Shane Kauffman
Jennifer Kauffman
11396 N Garfield St
Waynesboro PA 17268

I certify under penalty of perjury that the foregoing is true and correct.

Date: February 24, 2025                  /s/ Liz Joyce
                                          Office of the Standing Chapter 13 Trustee
                                          Jack N. Zaharopoulos
                                          Suite A, 8125 Adams Dr.
                                          Hummelstown, PA 17036
                                          Phone: (717) 566-6097
                                          email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 20-00337    **SHANE KAUFFMAN**

**PHFA/HEMAP**
P.O. BOX 15206

HARRISBURG, PA  17105-5

**Acct No:** 1464/PRE ARREARS/N GARFIE

Sequence: 24
Modify:
Filed Date: 7/21/2020 12:00:00AM
Hold Code:

|  |  |  |
|---|---|---|
| Amt Sched: $11,678.00 | Debt: $50.00 | Interest Paid: $0.00 |
|  |  | Accrued Int: $0.00 |
| Amt Due: $0.00 | Paid: $50.00 | Balance Due: $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled DisbDescrp |
|---|---|---|---|---|---|---|---|---|
| **5210** | **PHFA/HEMAP** | | | | | | | |
| 521-0 | PHFA/HEMAP | | 09/17/2024 | 9019189 | $2.12 | $0.00 | $2.12 | 09/17/2024 |
| 521-0 | PHFA/HEMAP | | 07/10/2024 | 9018854 | $15.64 | $0.00 | $15.64 | 07/10/2024 |
| 521-0 | PHFA/HEMAP | | 10/18/2023 | 9017314 | $15.51 | $0.00 | $15.51 | 10/18/2023 |
| 521-0 | PHFA/HEMAP | | 02/15/2023 | 9015807 | $16.73 | $0.00 | $16.73 | 02/15/2023 |
| | | | | Sub-totals: | $50.00 | $0.00 | $50.00 | |
| | | | | **Grand Total:** | **$50.00** | **$0.00** | | |