Fill in this information to identify the case:

Debtor 1     Shane  Kauffman

Debtor 2     Jennifer  Kauffman
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of PA

Case number   20-00337 HWV

Form 4100R

# Response to Notice of Final Cure Payment                                          10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:**       PNC BANK, NATIONAL ASSOCIATION            **Court claim no.** (if known):    11

**Last 4 digits** of any number you use to identify the debtor's account:    2158
**Property address:**
11396 North Garfield Street Ext
Waynesboro, PA 17268

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:       04 / 01 / 2025

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a.   Total postpetition ongoing payments due:                                      (a)        $ _____
b.   Total fees, charges, expenses, escrow, and costs outstanding:         + (b)       $ _____
c.   **Total.** Add lines a and b.                                                        (c)        $ _____

Creditor asserts that the debtor(s) are contractually obligated for
the postpetition payment(s) that first became due on:

| Debtor(s) | Shane Kauffman and Jennifer Kauffman | Case Number (if known): 20-00337 HWV |
|---|---|---|
| | First Name    Middle Name          Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

×/s/ *Brent J. Lemon*
Brent Lemon
07 Mar 2025, 09:26:32, EST

Date    03/07/2025

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

Form 4100R    Response to Notice of Final Cure Payment    page 2

Document ID: 385dd6e0d438206eb0070090fba07073eaa8827ac3f2e2e1f0186a37fc85fdb7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Shane Kauffman<br>Jennifer Kauffman<br>Debtor(s)<br><br>PNC BANK, NATIONAL ASSOCIATION<br>Movant<br>vs.<br><br>Shane Kauffman<br>Jennifer Kauffman<br>Debtor(s)<br><br>Jack N. Zaharopoulos,<br>Trustee | BK NO. 20-00337 HWV<br><br>Chapter 13<br><br>Related to Claim No. 11 |

**CERTIFICATE OF SERVICE**
**RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT**

I, Brent J. Lemon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on March 10, 2025, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Jennifer Kauffman
11396 North Garfield Street
Waynesboro, PA 17268

Shane Kauffman
11396 North Garfield Street
Waynesboro, PA 17268

Attorney for Debtor(s) (via ECF)
Mark A. Buterbaugh
Mooney Law
230 York Street
Hanover, PA 17331

Trustee (via ECF)
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail

Dated: March 10, 2025

/s/ Brent J. Lemon
Brent J. Lemon
Attorney I.D. 86478
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(412) 475-8764
blemon@kmllawgroup.com